==Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
7/27/2021==

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **VICKY LINDSEY,** on behalf of herself and others similarly situated**,** | : | CASE NO. 1:20-cv-1221 |
| | : | |
| Plaintiff, | : | JUDGE DAN A. POLSTER |
| | : | |
| vs. | : | MAGISTRATE WILLIAM H. BAUGHMAN |
| | : | |
| **HANDS OF MERCY FAMILY CARE, LLC**, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Vicky Lindsey and Defendant Hands of Mercy Family Care, LLC, by and through their respective counsel, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear his or its own fees and costs.

Respectfully submitted,

| **Attorneys for Plaintiff** | **Attorney for Defendant** |
|---|---|
| **COFFMAN LEGAL, LLC** | **GERTSBURG LICATA** |
| | |
| By:*/s/ Adam C. Gedling* | By: */s/ Victor A. Mezacapa, III* |
| Matthew J.P. Coffman (0085586) | Victor A. Mezacapa, III (0052023) |
| Adam C. Gedling (0085256) | 600 East Granger Road, Suite 200 |
| 1550 Old Henderson Road, Suite 126 | Independence, Ohio 44131 |
| Columbus, Ohio 43220 | Telephone: (216) 225-3948 |
| Telephone: (614) 949-1181 | Facsimile: (216) 920-9998 |
| Facsimile: 614.386.9964 | Email: vamezacapaiii@gertsburglicata.com |
| Email: mcoffman@mcoffmanlegal.com | |
|       agedling@mcoffmanlegal.com | |